REDACTED

06-109M

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 06/140 |
| | ) | |
| v. | ) | (JUDGE Caldwell) |
| | ) | |
| GURDEEP SINGH, | ) | (ELECTRONICALLY FILED) |
| | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT I

FILED
HARRISBURG, PA
APR 1 2 2006
MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

THE GRAND JURY CHARGES THAT:

Between in or about July 2002 and August 2002, in Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

GURDEEP SINGH,

did knowingly execute a scheme and artifice to defraud a financial institution, that being the First Union National Bank (now known as Wachovia Bank N.A.), an insured depository institution, and did aid, abet, counsel command and procure the same.

All in violation of Title 18 United States Code, Sections 1344 & 2.

## COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

Between in or about July 2002 and August 2002, in Lebanon County, within the Middle District of Pennsylvania and elsewhere, the defendant,

GURDEEP SINGH,

did knowingly devise a scheme and artifice to defraud and obtain money by false and fraudulent pretenses and, for purposes of executing such scheme caused automated teller machine cards to be placed in the mails and did aid, abet, counsel, command and procure the same.

All in violation of Title 18, United States Code, Sections 1341 & 2.

A TRUE BILL

Foreperson

4-12-06
Date

*Thomas A. Marino*
THOMAS A. MARINO
UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 06/140 |
| | ) | |
| v. | ) | (JUDGE Caldwell) |
| | ) | |
| GURDEEP SINGH, | ) | (ELECTRONICALLY FILED) |
| Defendant. | ) | |

FILED
HARRISBURG, PA
APR 12 2006
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER FOR WARRANT

AND NOW, this 12th day of April, 2006, upon request of Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, it is hereby

**ORDERED** that a Warrant be issued for the arrest of the above-named Defendant, **GURDEEP SINGH**, and a United States Magistrate is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984 for the purpose of determining what bail, if any, is necessary in order to insure the presence of the Defendant in this case.

**IT IS FURTHER ORDERED** that at the time service of the Warrant is made, the United States Marshal also serves upon the Defendant a certified copy of the Indictment in the above-named case.

_____
[ ] U.S. DISTRICT COURT JUDGE
[ ] U.S. MAGISTRATE JUDGE

JS 45 (1/96)  CRIMINAL CASE COVER SHEET    MIDDLE DISTRICT OF PENNSYLVANIA   US DISTRICT COURT

**Place of Offense:**
City: _____
County/Parish: Lebanon County

**Related Case Information:**
Indictment ___  Docket Number: ___
Same Defendant ___  New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20 R 40 from District of ___

REDACTED

**Defendant Information:**
Juvenile: Yes ___ No X     If Yes, Matter to be sealed: Yes ___ No ___
Defendant Name: GURDEEP SINGH
Alias Name: ___
Address: ___
Birthdate: ___  SS#: ___  Sex: M  Race: W  Nationality: U.S. Citizen

Defense Counsel: Name: ___  Address: ___  Phone: ___

AUSA: James T. Clancy    Bar#: 54339
Case Agent: SA Jeffrey Barnacle    Agency: USSS
Interpreter: Yes ___ No X    List Language and/or Dialect: ___
Location Status:
Arrest Date:
___ Already in Federal Custody ___ in ___
___ State Custody
___ On Pretrial Release

U.S.C. Citations: Indictment: X    Information: ___
Total # of Counts: 1    Petty: ___  Misdemeanor: ___  Felony: X
OCDETF case: ___ Yes (If yes: MA-PAM- ___ )  ___ No

| INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNTS |
|---|---|---|
| Set 1  18 USC §§ 1344 & 2 | WIRE FRAUD | 1 |
| Set 2  18 USC §§ 1341 & 2 | MAIL FRAUD | 2 |

Date: 04/12/2006    Signature of AUSA: /s/ James T. Clancy
District Court Case Number (to be filled in by Deputy Clerk): ___