AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

V.

Gurdeep Singh

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 06-109 M

Charging District Case Number: 06-140

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Middle__ District of __Pennsylvania__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) 228 Walnut Street (Ronald Reagan Federal Bldg) Harrisburg, PA (717) 901-2860
*Place and Address*

by on Wednesday, September 20, 2006 at 1:00 P.M.
*Date and Time*

_Signature of Judicial Officer_

September 15, 2006
*Date*

Mary Pat Thynge, U.S. Magistrate Judge
*Name and Title of Judicial Officer*