OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

September 18, 2006

Clerk of Court

Ronald Reagan Federal Bldg
PO Box 983
Harrisburg, PA 17108



Re: USA v. Singh
Case Number: 06-109M (MPT)
Charging District Case Number: 06-140

**Dear Clerk:**

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

E. Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on __9/20/06__.
(date)

__Kevin J. Neary__
Signature

__Deputy Clerk__
Title